IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **R.W. a minor by and through his p/n/g, CHRISTINA WHITEHOUSE**, <br><br> Plaintiff, <br><br> v. <br><br> **C.L., a minor, through his p/n/g/ REBEKAH FLUCK, et al.**, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 25-714-KSM |

## ORDER

**AND NOW**, this 22nd day of August, 2025, upon consideration of Defendants Rose Tree Media School District and Springton Lake Middle School's ("School Defendants'") Motion to Dismiss Complaint (Doc. No. 10), Plaintiff's opposition in response (Doc. No. 12), and School Defendants' reply brief in support (Doc. No. 13), it is **ORDERED** that School Defendants' motion (Doc. No. 10) is **GRANTED**. Plaintiff's claims against School Defendants are **DISMISSED WITH PREJUDICE**, and Plaintiff's claims against Defendants C.L. and Rebekah Fluck are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.